```
                                          FILED
                                 CLERK, U.S. DISTRICT COURT

                                       APR 19 2014

                                 CENTRAL DISTRICT OF CALIFORNIA
                                 BY                      DEPUTY
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC JERRY SOLANO, | ) NO. CV 12-7570-VAP(E) |
|     Petitioner, | ) |
| v. | ) JUDGMENT |
| GREG LEWIS, Warden, | ) |
|     Respondent. | ) |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: _April 19_____, 2014.

_____
VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE